Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
Mark D. Nielsen Esq, No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477
Attorneys for Plaintiff,
AMINI INNOVATION CORPORATION

John E. Kelly, Esq., No. 40,217
Michael A. DiNardo, Esq. No. 216,991
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367
Telephone:  (818) 347-7900
Facsimile:   (818) 340-2859
E-Mail: mike@klkpatentlaw.com
Attorneys for Defendant
GREENGRASS FURNISHINGS CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMINI INNOVATION CORPORATION a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>GREENGRASS FURNISHINGS CORPORATION, a California corporation, and DOES 1-9 inclusive,<br><br>            Defendants. | Case No. CV 07-4464 AHM (AGRx)<br><br>[Hon. A. Howard Matz]<br><br>**PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

Pursuant to the parties' [Proposed] Stipulated Permanent Injunction and Stipulation of Dismissal the Court hereby enters a Permanent Injunction and Order of Dismissal as follows:

**Statement Of Facts**

1. AICO had designed for it, markets, and sells its Venetian line of bedroom and dining room furniture, and its Monte Carlo line of bedroom furniture, among other home furnishings collections.

2. As part of its intellectual property portfolio, AICO is the owner of United States Copyright Registrations covering the ornamental carvings on the following furniture items: Venetian Headboard (U.S. Copyright Reg. No. VA 1-302-372); Venetian Footboard (U.S. Copyright Reg. No. VA 1-302-373); Venetian Dresser (U.S. Copyright Reg. No. VA 1-302-371); Venetian Dresser Mirror (U.S. Copyright Reg. No. VA 1-302-370); Venetian Armoire (U.S. Copyright Reg. No. VA 1-372-230); Venetian Bedside Chest (U.S. Copyright Reg. No. VA 1-372-233); Venetian China Cabinet (U.S. Copyright Reg. No. VA 1-302-368); Venetian Chair with Arms (U.S. Copyright Reg. No. VA 1-302-369); Monte Carlo Poster Bed (U.S. Copyright Reg. No. VA 1-164-180); Monte Carlo Dresser (U.S. Copyright Reg. No. VA 1-164-181); and, Monte Carlo Nightstand (U.S. Copyright Reg. No. VA 1-164-182).

3. AICO is the owner of United States Design Patents covering the non-functional, ornamental features of the following furniture items: Venetian Headboard (U.S. Design Patent No. D538,087); Venetian Footboard (U.S. Design Patent No. D531,841); Venetian Dresser (U.S. Design Patent No. D532,214); Venetian Dresser Mirror (U.S. Design Patent No. D524,556); Venetian China Cabinet (U.S. Design Patent No. D528,826); and, Venetian Chair with Arms (U.S. Design Patent No.

1  D516,333).

3      4.   For a time, and since at least as early as August of 2005, Greengrass imported, marketed, advertised, publicly displayed, offered or sale, and/or sold certain furniture items within its 0550, 8087, and 8088 Collections that AICO contends are within the scope of the above-referenced copyrights and/or design patents. Greengrass disputes that the items in its 0550 Collection are within the scope of the above-referenced copyrights and/or design patents.

WHEREFORE, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

    1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1338(a).

    2.   Effective immediately, Greengrass, its owners, officers, agents, employees and representatives and all persons in active concert or participation with any of them, agree to immediately cease all use, manufacture, importing, distribution, marketing, advertising, publicly displaying, trade show displaying, offers to sell and/or sales of its 0550 Bedroom and Dining Room Collections, its 8087 Bedroom Collection, and its 8088 Bedroom Collection, products within the scope of the U.S. Copyright Registrations and U.S. Design Patents set forth above, or any products that are substantially similar to the accused products within Greengrass' 0550 Bedroom and Dining Room Collections, 8087 Bedroom Collection, and/or 8088 Bedroom Collection, except that Greengrass may sell off its remaining inventory of the 0550 bedroom collection as follows:

- 31 California King Bedroom Sets - Until April 30, 2008;
- 25 King and Queen Bedroom sets - Until January 31, 2008 (in the United States);
- Any inventory liquidation outside the United States and in the following countries may continue up through April 30, 2008;

    • After April 30, 2008, Greengrass agrees to destroy or donate to charity any remaining inventory of the 0550 collection, and to provide documentary proof of the same to counsel for AICO.

3. This injunction shall remain in effect until the copyrights and design patents expire or are declared invalid by a Court of Law.

4. Greengrass' agreeing to a Stipulated Permanent Injunction shall not be treated as an admission of liability for any purpose as to the 0550 Collection furniture.

5. AICO and Greengrass likewise stipulate that the above-captioned action is hereby dismissed in its entirety, with prejudice.

6. Each party shall bear its own costs, expenses and attorneys' fees incurred in connection with the above-captioned action.

7. The foregoing reflects a settlement of this action pursuant to the terms of a separate Settlement Agreement by the parties, and the Court retains jurisdiction for purposes of enforcing the settlement and this Stipulated Permanent Injunction between the parties. Make JS-6.

**IT IS SO ORDERED**.

Date: February 6, 2008

                                    Hon. A. Howard Matz
                                    United States District Judge